IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH E. STEWART,
    Petitioner,

vs.                                       Case No.:  3:09cv452/LAC/EMT

KENNETH S. TUCKER,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 16, 2011 (doc. 49).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     The amended petition for writ of habeas corpus (doc. 12) is **DENIED**.

    3.     A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 28th day of November, 2011.

                                                              s/_L.A. Collier_
                                                              **LACEY A. COLLIER**
                                                              **SENIOR UNITED STATES DISTRICT JUDGE**